UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:13-mj-1043-SPC

DANGELO GARY

### ORDER

This matter comes before the Court on Motion to Dismiss Complaint (Doc. #10) filed on April 1, 2013. The Government requests leave of Court to dismiss the Complaint pending against the Defendant. The Court will grant the motion.

Accordingly, it is now

**ORDERED:**

The Motion to Dismiss Complaint (Doc. #10) is **GRANTED**. The Clerk is directed to close the case pending against the Defendant. The Marshals shall release the Defendant immediately upon receipt of this Order.

**DONE AND ORDERED** at Fort Myers, Florida, this 1st day of April, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All parties of record, US Marshals